October 5, 2009



FILED
OCT - 5 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United States Bankruptcy Court
Northern District of California
235 Pine Street, 22nd Floor
San Francisco, CA 94104

TO: The Honorable Judge Dennis Montali

RE: Rosalinda Callejas AKA: Rosalinda Sharpe
    Case No. #09-32767

Honorable Montali:

I have enclosed a Chapter 13 Hardship Discharge Form. At this time, I am requesting that the court postpone proceedings until the end of year or beginning of new year. I have (debtor-Rosalinda Callejas/Rosalinda Sharpe) added my Dr.'s note of illness. For a lengthy period I had become ill and unable to work. I was recently diagnosed with an advanced form of Cancer. As of date, I am scheduled for surgery on Wednesday, October 7, 2009 (unless, otherwise postponed) and radiation/chemo therapy approximately 4-5 weeks after surgery which takes us into November.

In order to continue with Chapter 13, I must file a Proof of Claim. Please note that I unable to file a completed form since I am no longer receiving wages, and I am currently pending Social Security's confirmation of dollar amount that I quality for. In addition, the date of distribution of funds and once this is available, I am able to continue with Proof of Claim.

Please note: I am the Debtor/Attorney. It is clearly apparent to me that I cannot do this without legal counsel as I was unable to find a Hardship form for the Debtor to complete and need counsel through process. I will be seeking a Bankruptcy Attorney as soon as I am able or as soon as possible.

I thank you for your valued time and all the considerations the court has given me.

Sincerely,

*Rosalinda Callejas Sharpe*

Rosalinda Callejas Sharpe, Debtor
1559-33rd Avenue
SFCA 94122
(415) 681-0606

B18WH (Form 18WH) (08/07)

# United States Bankruptcy Court

Northern District Of California

In re Roselinda Colleges AKA: Sharpe
   Debtor*
Address: 1559- 33rd Ave
SF CA 94122

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any): 7881
Employer Tax-Identification (EIN) No(s).(if any): ___

Case No. 09-32767

Chapter 13

## DISCHARGE OF DEBTOR BEFORE COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(b) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: _____     _____
                                  *United States Bankruptcy Judge*

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

---

\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

**Gerald F. Murphy, M.D.**
**2250 Hayes Street**
**Suite #203**
**San Francisco, CA 94117**
**Phone (415) 750-0182**
**Fax (415) 750-0142**

September 21, 2009

Re: Rosalinda Callejas- Sharpe

To Whom It May Concern:

My patient, Rosalinda Callejas- Sharpe, was diagnosed last week with metastatic Squamous cell carcinoma and will be medically disabled at least for 6months from this date.

Thank You

Gerald F. Murphy, M.D.